IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Venice Lipscomb,                                    :

                 Plaintiff            :      Civil Action 2:13-cv-0652

   v.                                               :      Judge Smith

Selina Miller, *et al.*,,                           :      Magistrate Judge Abel

                 Defendants          :


**DEFICIENCY ORDER**

Plaintiff Venice Lipscomb has filed a complaint that fails to meet the requirement of Rule 8(a), Fed. R. Civ. P. that it contain a "a short and plain statement of the claim showing that the pleader is entitled to relief." She has neither paid the Court's $400 filing fee nor moved for leave to proceed *in forma pauperis*.

Plaintiff Lipscomb is **ORDERED** to fill out and execute the Non-Prisoner Declaration in Support of Request to Proceed Without Prepayment of Fees and Costs **within fourteen (14) days of the date of this Order.**  Failure to either pay the $400 filing fee or to file a motion to proceed *in forma pauperis* with a financial affidavit will result in dismissal of this lawsuit.


                                        s/Mark R. Abel_____
                                        United States Magistrate Judge

The fee for filing a complaint is $350.  If you are unable to pay that fee, you may execute the following form, asking the Court to allow you to proceed without the prepayment of fees.


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


_____,          :

      Plaintiff          :     Case No.

    v.                             :     Declaration in
                                      Support of Request to
                               :     Proceed Without Prepay-
                                      ment of Fees and Costs
_____,          :

      Defendant          :


I, _____, am the plaintiff in the above-entitled case.  In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1.  Are you presently employed?          \_\_\_\_ Yes   \_\_\_\_ No

    a.  If the answer is yes, state the amount of your salary
          and give the name and address of your employer.
                    Salary - Wages
                              ( )  yearly
                              ( )  monthly
          $_____  ( )  bi-weekly
                              ( )  weekly

          Employer's name _____

          Address _____

      b.    If the answer is no, state the date of last employment and the amount of the salary you received.

               Date of last employment _____

               Salary - Wages

                              ( )  yearly

                              ( )  monthly

             $_____  ( )  bi-weekly

                              ( )  weekly

2.    Have you received within the past 12 months any money from any of the following sources?

      a.    Business, profession, or form of self-employment?
            _____ Yes       _____ No

      b.    Rent payments, interest or dividends?  _____ Yes _____ No

      c.    Pensions, annuities, or life insurance payments?
            _____ Yes       _____ No

      d.    Gifts or inheritances?    _____ Yes _____ No

      e.    Social security, supplemental security income, AFDC, general relief?    _____ Yes _____ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

_____

3.    Do you own any cash or do you have money in a checking or savings account?    _____ Yes _____ No

If the answer is yes, state the total value owned.

        Cash        $_____

        Checking   $_____

        Savings    $_____

4.    Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings or clothing)?    _____ Yes _____ No
If the answer is yes, describe the property and state its

approximate value.

| Make | Value |
|------|-------|
| Autos _____ | $_____ |
| _____ | $_____ |
| Stocks _____ | $_____ |
| _____ | $_____ |
| Bonds _____ | $_____ |
| _____ | $_____ |
| Notes _____ | $_____ |
| Real Estate _____ | $_____ |
| Mortgage | $_____ |

5.  List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support.

| Name | Relationship | Contribution |
|------|-------------|-------------|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

6.  You are single ___, married ___, widowed ___, separated ___, or divorced ___.

If you are married, is your spouse employed? _____ Yes _____ No

If yes, how much does your spouse earn?
            Salary - Wages
                              ( )  yearly

3

```
                                    ( )  monthly
                    $_____    ( )  bi-weekly
                                    ( )  weekly
```

7.   List all your creditors, including banks, loan companies,
     credit companies, charge accounts, medical bills, etc.

| Creditors | Total Debt | Mo. Payment |
|---|---|---|
| Apt. or Home _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

I declare under penalty of perjury that the foregoing is true and
correct.

Signed this _____ day of _____, 20___.


                              _____
                              Signature of Plaintiff

4